In the Matter of the Accounting of BANK OF NEW YORK and FIFTH AVENUE BANK, as Executor of RICHARD L. STAFFORD, Deceased.

Surrogate's Court, Richmond County, September 30, 1949.

*Emmet, Marvin & Martin* for executor, petitioner.

*Lord, Day & Lord* for Frances E. Livingston, objectant.

BOYLAN, S. The objections filed by Frances E. Livingston, having been withdrawn, the account is approved as filed. The

executor is granted permission to abandon all property listed in schedule B-1 of the account.

By the fifth paragraph of his will, the decedent bequeathed his '' household furniture and furnishings '' to a cousin, Helen Stafford Jefferson. The executor requests the court to instruct it as to whether the decedent's automobile is included in '' household furniture and furnishings ''. It has been held that the words '' personal effects '' and '' household effects '' were broad enough to include an automobile. (*Matter of Jones,* 128 Misc. 244; *Matter of Winburn,* 139 Misc. 5; *Matter of Burnside,* 185 Misc. 808.) The word '' effects '' is a very general term. The words '' furniture '' and '' furnishings '' have definite, certain and limited meanings which do not include an automobile.

Enter decree accordingly.